**Order entered May 17, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01459-CR

**KAYLON OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-28089-J**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Bush to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **AUGUST 1, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3, and to Valencia Bush.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Kaylon Oliver, TDCJ No. 1816920, Lindsey State Jail, 1620 F.M. 3344, Jacksboro, Texas 75458.

/s/     DAVID EVANS

JUSTICE